**JUDGE: BURGESS**

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff,  ) <br>  )<br>vs.  )<br>  )<br>  )<br>  )<br>  )<br>JASON B. TIFFIN,  )<br>  )<br>  Defendant.  )<br>_____ ) | NO. CR06-5352FDB<br><br>AGREED ORDER<br>CONTINUING PRETRIAL<br>MOTIONS CUTOFF DATE |

Upon the stipulation of the parties to continue the trial date and the pre-trial motions cutoff date in the above-captioned case, and that William Redkey, Assistant U.S. Attorney, is in agreement to a continuance, and that such a continuance is necessary for effective case preparation and would serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial; therefore,

//

//

//

//

//

(PROPOSED) AGREED ORDER CONTINUING
PRETRIAL MOTIONS CUTOFF DATE.. 1

IT IS HEREBY ORDERED that the pre-trial motions cutoff date of September 18, 2006 is continued to October 10, 2006.

DATED this 20th day of September, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ RONALD D. NESS
State Bar Number 5299
Ronald D. Ness & Associates
420 Cline Avenue
Port Orchard, WA 98366
Telephone: (360) 895-2042
Fax: (360) 895-3602
E-Mail: info@nesslaw.com

Approved telephonically by:

/s/ WILLIAM REDKEY
Assistant U.S. Attorney

(PROPOSED) AGREED ORDER CONTINUING
PRETRIAL MOTIONS CUTOFF DATE.. 2